No. 70. SAME v. UNDERWOOD, U. S. DISTRICT JUDGE. October 11, 1937. Petition for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Newton D. Baker, Raymond T. Jackson, Dan MacDonald,* and *Walter T. Colquitt* for petitioner. *Solicitor General Reed* and *Messrs. James Lawrence Fly, John Lord O'Brian,* and *William C. Fitts, Jr.,* for respondent. Reported below: 89 F. (2d) 218.

No. 71. GOLDBERG v. GOLDBERG ET AL. October 11, 1937. Petition for writ of certiorari to the Appellate Court, 2nd District, of Illinois, denied. *Messrs. Meyer Abrams* and *Max Shulman* for petitioner. *Mr. Edward J. McArdle, Jr.,* for respondents.

No. 73. BENNELL REALTY Co. v. E. G. SHINNER & Co. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Benjamin F. Saltzstein* and *Joseph P. Brazy* for petitioner. *Messrs. W. L. Gold* and *Morris Karon* for respondent.

No. 75. C. S. DUDLEY & Co. v. MISSOURI EX REL. McKITTRICK, ATTORNEY GENERAL. October 11, 1937. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Messrs. Charles P. Williams* and *Charles M. Polk* for petitioner. *Mr. Stanley P. Clay* for respondent.

No. 76. G. B. WILKINSON ESTATE, INC., ET AL. v. YOUNT-LEE OIL Co.; and
No. 77. C. H. WILKINSON v. SAME. October 11, 1937. Petition for writs of certiorari to the Circuit Court of